

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60849-CIV-SEITZ/O'SULLIVAN

FERNANDA BERTOBE,

    Plaintiff,

v.

ADOLFO DOMINGUEZ USA, LLC,

    Defendant.
_____/

## ORDER ADOPTING FINDINGS OF MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Order Approving Settlement Agreement and Recommending that the Case Be Dismissed with Prejudice [DE-13] entered by Magistrate Judge O'Sullivan. On September 14, 2009, Magistrate Judge O'Sullivan conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties was a "fair and reasonable" outcome of the parties' bona fide disputes under *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir.1982). Therefore, upon review, it is hereby

ORDERED that

(1)     Magistrate Judge O'Sullivan's findings are ADOPTED.

(2)     All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)     This case is DISMISSED WITH PREJUDICE and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 15th day of September, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record